**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**DEVIN SCOTT THORNTON**                                                    **PLAINTIFF**

**VS.**                                           **CIVIL ACTION: 1:17cv146-RHW**

**MUSTAFA TAHA,** *et al.*                                               **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

**IT IS ORDERED** that this case is dismissed.

**SO ORDERED**, this the 15th day of June, 2018.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE